# UNITED STATES DISTRICT COURT
для the

District of Puerto Rico

| United States of America | ) |
| v. | ) |
|  | ) Case No. 21- 824 (M) |
| [1] Alexis Gutierrez-Moreno, et al. (See Attachment A for 17 additional defendants) | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 20, 2021** in the county of _____ in the
_____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. § 70503(a) | Possession with Intent to Distribuite more than 5 Kilograms of Cocaine |
| 18 U.S.C. § 2 | Aiding and Abetting |
| 46 U.S.C. § 70506(b) | Conspiracy to Possess with Intent to Distribute more than 5 Kilograms of Cocaine |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

Reviewed by AUSA Nicholas W. Cannon
on June 27, 2021

_____
*Complainant's signature*

Jonathan Quinones-Panet, SA, DEA
*Printed name and title*

Sworn to me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 at 1:41 PM on June 27, 2021.

Date: 6/27/21

_____
*Judge's signature*

City and state: San Juan, Puerto Rico    Marcos E. López, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A – Criminal Complaint

[2] Jhonni Rajad RODRIGUEZ

[3] Gregorys Vanel RODRIGUEZ-RODRIGUEZ,

[4] Ramses TAREK,

[5] Arevalo LOPEZ,

[6] Joime RIVERA,

[7] Daniel URGANO,

[8] Cristian RODRIGUEZ,

[9] Delwismar GUTIERREZ-SALAZAR,

[10] Severino De Jesus SALAZAR,

[11] Juan Francisco RIVERA,

[12] Alexander Manuel GUTIERREZ-CAMPOS,

[13] Edwin Jose ORDAZ-BATIS,

[14] Yoris ESPINOSA,

[15] Antonio Jose LABRADOR,

[16] Antonio Rafael MARTINEZ-MORENO,

[17] Edi PENA-BRAVO,

[18] Yonathan POLANCO