**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jonathan Quinones-Panet, am employed as a Special Agent (SA) with the Drug Enforcement Administration (DEA), United States Department of Justice. Having been duly sworn, I attest:

1. I am a Special Agent of the United States Drug Enforcement Administration and have been so employed since April 2015. I am currently assigned to the Caribbean Division San Juan, Puerto Rico. I am also currently assigned to the Caribbean Corridor Strike Force (CCSF) group, which conducts investigations of large-scale drug trafficking organizations, violent gangs and federal narcotics and firearms violations, under Titles 18, 21 and 46 of the United States Code. I have a bachelor's degree in Criminal Justice, a master's degree in International Business, and a master's degree in Engineering Management. I graduated from the full-time residence "Basic Agent Training Program" in Quantico, Virginia. The Basic Agent Training Program focuses on law courses, search and seizure warrants, enforcement of federal drug laws, identification of controlled substances, surveillance, counter-surveillance, firearms training, and the smuggling of drugs.

2. During my law enforcement career, I have become familiar with the trafficking of illegal drugs and its proceeds, and with the drug trafficking organizations operating in Puerto Rico. As part of my official duties, I have conducted arrests of persons engaged in illegal drug activities and its proceeds; I have executed search warrants of homes and property of persons engaged in drug trafficking and, I have participated in seizures of property and currency which constituted proceeds of illegal drug trafficking activity. Moreover, I have interviewed persons involved in drug trafficking, and debriefed confidential sources and cooperating defendants regarding the habits and practices of people engaged in the illegal trafficking of drugs. Through my training,

experience and the shared experiences of senior agents and task force officers, I have become familiar with the modus operandi of drug traffickers and the trafficking of illegal drugs and their proceeds and drug trafficking organizations based in Puerto Rico. As part of my official duties, I have conducted arrests of persons engaged in illegal drug activities, and I have executed arrest warrants of persons engaged in drug trafficking. Moreover, I have interviewed persons involved in drug trafficking and debriefed confidential sources regarding the habits and practices of people engaged in the illegal trafficking of drugs and the methods utilized to launder its proceeds. I have also reviewed records relating to narcotics trafficking and money laundering.

3. Except as otherwise noted, the statements contained in this affidavit are based in part on information provided by law enforcement officers and my experience as a DEA Special Agent. Unless otherwise noted, wherever in this affidavit I assert a statement was made or the information was provided by another law enforcement officer, the officer in question may have direct or hearsay knowledge of the subject matter of the statement. I have not set forth all of the facts uncovered during this investigation in preparing this affidavit, as its contents are only for the limited purpose of establishing probable cause to issue an arrest warrant pursuant to the provisions of Fed. R. Crim. P. 4.

4. I make this affidavit in support of a criminal complaint concerning federal felony offenses enumerated in Title 46, *United States Code*, §§ 70503(a)(1), and 70506(b), that is, Possession with Intent to Distribute more than 5 kilograms of Cocaine, Conspiracy to Possess with Intent to Distribute Five (5) or More Kilograms of Cocaine, and Aiding and Abetting Aboard a Vessel Subject to the Jurisdiction of the United States.

5. On June 20, 2021, while on patrol, Royal Netherlands Navy Ship "HOLLAND", which was carrying a United States Coast Guard Law Enforcement Detachment (USCG LEDET), observed a northbound Fishing Vessel towing a Go-Fast Vessel approximately 130 nautical miles southwest of Isla de Aves, Venezuela.

6. After being authorized by personnel at the United States Coast Guard District Seven Headquarters, the "HOLLAND," with a USCG LEDET, launched a helicopter and two (2) small interceptor boats.

7. Subsequently, the helicopter and the both interceptor boats arrived on scene and witnessed persons on-board the Fishing Vessel jettisoning packages, pouring a red liquid on the aft deck, and cutting loose the Go-Fast Vessel from the Fishing Vessel.

8. The LEDET observed the name "MI LINY" painted on the port and starboard bow of the Fishing Vessel. The master made a verbal claim of Venezuelan nationality for the Fishing Vessel. Subsequently, personnel at the United States Coast Guard District Seven Headquarters granted a Statement of No Objection to stop, board, and search the Fishing Vessel. The LEDET gained positive control of the Fishing Vessel and reported eighteen persons on-board. A photograph of the fishing vessel is below.



9. Thereafter, one of the small interceptor boats recovered thirteen (13) packages from the water and transported them to the HOLLAND. Due to the building at-sea state, the LEDET removed all eighteen (18) individuals from the Fishing Vessel and embarked them on-board the HOLLAND.

10. The LEDET conducted narcotics identification kit (NIK) tests on the packages recovered from the jettison field, which resulted in two positive tests for cocaine. The thirteen (13) bales recovered had an at-sea weight of 325 kilograms of cocaine.

11. Personnel at the United States Coast Guard District Seven Headquarters authorized the LEDET to treat the eighteen (18) individuals as detainees and seize the contraband. The detainees were later identified as Venezuelan nationals: Alexis Manuel GUTIERREZ-MORENO, Jhonni Rajad RODRIGUEZ, Gregorys Vanel RODRIGUEZ-RODRIGUEZ, Ramses TAREK, Arevalo LOPEZ, Joime RIVERA, Daniel URGANO, Cristian RODRIGUEZ, Delwismar GUTIERREZ-Salazar, Severino De Jesus SALAZAR, Juan Francisco RIVERA, Alexander Manuel GUTIERREZ-CAMPOS, Edwin Jose ORDAZ-BATIS, Yoris ESPINOSA, Antonio Jose LABRADOR, Antonio Rafael MARTINEZ-Moreno; and Dominican nationals: Edi PENA-BRAVO and Yonathan POLANCO.

12. While the LEDET was onboard the Fishing Vessel, oil was being discharged from the engine room, which forced the LEDET to disembark due to safety concerns. In response to a request from the Government of the United States, the Government of the Bolivarian Republic of Venezuela affirmatively waived jurisdiction over the vessel, cargo, and crew.

13. The HOLLAND re-located the Go-Fast Vessel and reported the vessel displayed no indicia of nationality, had two (02) outboard engines, two (2) fuel barrels, and no persons onboard. The LEDET completed the Right of Visit boarding, identifying no indicia of nationality. After

being authorized, the LEDET conducted full law enforcement boarding, with no contraband found. Subsequently, the LEDET was authorized to destroy the Go-Fast Vessel as a danger to navigation.

14. Based on the agent's training and experience, the pouring of red liquid on the aft deck is a method employed by drug traffickers to conceal traces of narcotics on the surfaces of the Fishing Vessel. Specifically, to disrupt accurate results from the ION Scan.

15. Additionally, based on the agent's training and experience, and recent transnational interdictions, the smuggling of narcotics on-board Fishing Vessels navigating in the Caribbean Sea is part of the *modus operandi* of Transnational Criminal Organizations operating out of Colombia and Venezuela.

16. Based on information obtained during other recent investigations, Transnational Criminal Organizations operating from Colombia and Venezuela have recently used Fishing Vessels to transport cocaine through the Caribbean Sea. For example, in February 2021, as a result of a maritime interdiction upon a go-fast vessel, your affiant learned that officers of the United States Coast Guard detained three (3) individuals and recovered approximately three hundred (300) kilograms of cocaine. Prior to the interdiction, video recording, obtained by a United States Maritime Patrol Aircraft, showed the go-fast vessel next to a Venezuelan flagged Fishing Vessel. Post arrest statements indicated that the go-fast vessel had conducted an at sea-transfer of the narcotics with the Fishing Vessel.

17. These maritime drug trafficking operations often involve several individuals to carryout the drug trafficking venture and can include multiple fishing vessels and multiple go fast boats with different roles within the conspiracy, *i.e.* some fishing vessels will deliver gas and supplies while other vessels will transport narcotics. Due to the complexity of these operations, often different members of the drug trafficking venture will transfer on to different vessels.

CONCLUSION

18. Based on the foregoing, I believe there is probable cause that Alexis Manuel GUTIERREZ-MORENO, Jhonni Rajad RODRIGUEZ, Gregorys Vanel RODRIGUEZ-RODRIGUEZ, Ramses TAREK, Arevalo LOPEZ, Joime RIVERA, Daniel URGANO, Cristian RODRIGUEZ, Delwismar GUTIERREZ-SALAZAR, Severino De Jesus SALAZAR, Juan Francisco RIVERA, Alexander Manuel GUTIERREZ-CAMPOS, Edwin Jose ORDAZ-BATIS, Yoris ESPINOSA, Antonio Jose LABRADOR, Antonio Rafael MARTINEZ-MORENO, Edi PENA-BRAVO, and Yonathan POLANCO committed federal felony offenses in violation of Title 46 U.S.C. §§ 70503(a)(1), 70506(b), and 18 U.S.C. § 2, that is, Possession with Intent to Distribute Cocaine and Conspiracy to Possess with Intent to Distribute Five (5) or More Kilograms of Cocaine, and Aiding and Abetting in those offenses, Aboard a Vessel Subject to the Jurisdiction of the United States.

*On 6/27/21, under oath, DEA Special Agent Jonathan Quiñones-Panet orally stated that all 18 defendants are being transported to Puerto Rico and then San Juan, Puerto Rico will be their first port of entry. MJ*

_____
Jonathan Quinones-Panet, Special Agent
Drug Enforcement Administration

Sworn to me by telephone in accordance with the provisions of Fed. R. Crim. P. 4.1 this 27th day of June 2021 *at approximately 1:41 PM.*

_____
Marcos E. López
United States Magistrate Judge

6