AO 458 (Rev. 5/85) Appearance

### UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**  **APPEARANCE**
*Plaintiff*

　　　　　　**v.**　　　　　　　　　　　　　　**CRIMINAL NO. 21-245 (GAG)**

**Alexis Gutierrez-Moreno, et. al.,**
*Defendant*

To the Clerk of this court and all parties of record:

　　Enter my appearance as co-counsel in this case for the United States of America.

　　RESPECTFULLY SUBMITTED.

　　In San Juan, Puerto Rico on this 19th day of July 2021.

　　　　　　　　　　　　　　　　　W.STEPHEN MULDROW
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　*/s/ Jordan H. Martin*
　　　　　　　　　　　　　　　　　Jordan H. Martin
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　U.S.D.C. G03314
　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　Torre Chardón, Suite 1201
　　　　　　　　　　　　　　　　　350 Carlos Chardón Ave.
　　　　　　　　　　　　　　　　　San Juan, Puerto Rico 00918
　　　　　　　　　　　　　　　　　(787)766-5656
　　　　　　　　　　　　　　　　　jordan.martin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy will be generated by the system to the attorney on record.

*/s/ Jordan H. Martin*
Special Assistant U.S. Attorney
